UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON MEIDINGER,<br><br>        Petitioner,<br><br>  vs.<br><br>NEIL H. ADLER,<br><br>        Respondent.<br>_____/ | 1:07-cv-1560-AWI-DLB (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   November 9, 2007                           /s/ Dennis L. Beck
                                                     UNITED STATES MAGISTRATE JUDGE