# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON MEIDINGER, | 1:07-cv-01560-AWI-DLB (HC) |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK OF COURT TO SEND PETITIONER STANDARD FORM FOR CLAIMS PURSUANT TO BIVENS, 403 U.S. 388 (1971) AND 42 U.S.C. § 1983 |
|     v. | |
| NEIL H. ADLER, | |
|     Respondent. | [Doc. 5] |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On November 14, 2007, the Magistrate Judge issued Findings and Recommendation that the petition for writ of habeas corpus be DISMISSED for failure to allege grounds entitling Petitioner to habeas corpus relief. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.[1]

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the

---

[1] In fact, on November 20, 2007 and November 26, 2007, the Findings and Recommendation was returned to the Court with a notation "Not Here." (Court Docs. 7, 8.) In addition, after re-serving the Findings and Recommendation on November 30, 2007, it was again returned to the Court on December 3, 2007. (Court Doc. 9.) Pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address. Absent such notice, service of documents at the prior address of record of the party is effective service. Local Rule 83-182(f).

1

Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 14, 2007, is ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DISMISSED; and,
3. The Clerk of Court is directed to enter judgment, terminating this action; and,
4. The Clerk of Court is directed to send Petitioner a standard form complaint for claims pursuant to Bivens, 403 U.S. 388 (1971) and 42 U.S.C. § 1983.

IT IS SO ORDERED.

**Dated:   January 17, 2008**          /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE